725 A.2d 1120
IN THE MATTER OF JACK D. BERSON, AN ATTORNEY AT LAW.

March 24, 1999.

## ORDER

The Disciplinary Review Board on September 28, 1998, having filed with the Court its decision concluding that **JACK D. BERSON** of **ABSECON,** who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Court having ordered on March 18, 1999, that respondent be temporarily suspended from practice effective April 20, 1999, for failure to pay a fee arbitration award and a Disciplinary Oversight Committee sanction;

And good cause appearing;

It is ORDERED that **JACK D. BERSON** be suspended from the practice of law for a period of three months, and until further Order of the Court, effective April 20, 1999; and it is further

ORDERED that prior to reinstatement to practice respondent shall submit proof that he has complied with the Court's Order of March 18, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.